**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CLARENCE ANDERSON**                                                                                  **PLAINTIFF**

V.                                         **CASE NO. 3:16-CV-258-JM-BD**

**ALLISON YORK-HUCKABEE, et al.**                                                          **DEFENDANTS**

## ORDER

Clarence Anderson, a pre-trial detainee at the Greene County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his original complaint, Mr. Anderson alleged that Detention Center officials violated his federally protected rights.

Because Mr. Anderson's complaint was flawed, he was provided an opportunity to cure the defects in his complaint by filing an amended complaint. (#4) Mr. Anderson has now filed his amended complaint. (#5)

In his amended complaint, Mr. Anderson identifies Defendants Cook, Matthews, Jones, Cagle, and Underwood as the officers involved in the incident giving rise to his excessive force claim. Service is now proper for those Defendants.

The Clerk is directed to prepare summonses for Defendants Cook, Matthews, Jones, Cagle, and Underwood. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (docket entries #2, #5), and a summons for each of these Defendants without requiring prepayment of fees and

costs or security. Service for these Defendants should be through the Greene County Detention Center, 1809 North Rocking Chair Road, Paragrould, Arkansas 72450.

IT IS SO ORDERED, this 14th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE