# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLARENCE ANDERSON,**                                                                 **PLAINTIFF**
**ADC # 165441**

V.                            **CASE NO. 3:16-CV-258-JM-BD**

**ALLISON YORK-HUCKABEE, et al.**                                          **DEFENDANTS**

## ORDER

Plaintiff Clarence Anderson has stated deliberate-indifference claims against Defendants Johnson and Huggins, and service for these Defendants is now proper.

The Clerk is directed to prepare summonses for Defendants Johnson and Huggins. The United States Marshal is directed to serve copies of the complaint, the amended complaint, and the supplement to the amended complaint, with any attachments (docket entries #2, #5, #25), and a summons for each of these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Greene County Detention Center, 1809 North Rocking Chair Road, Paragrould, Arkansas 72450.

IT IS SO ORDERED, this 8th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE