# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CLARENCE ANDERSON                                                       PLAINTIFF

V.                    CASE NO. 3:16-CV-00258-JM-BD

ALLISON YORK-HUCKABEE, et al.                                          DEFENDANTS

## ORDER

Defendants Johnson and Huggins ("Medical Defendants") have moved for summary judgment on Mr. Anderson's claims against them. (Docket entry #38) Mr. Anderson now has an opportunity to file a response opposing the motion. To be considered, the response must be filed within fourteen (14) days of this Order.

In opposing the motion for summary judgment, Mr. Anderson may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Anderson files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas. While Mr. Anderson is not required to respond to the motion for summary judgment, if he does

not respond, the Court may deem as true the facts set out in the Medical Defendants' Statement of Undisputed Facts (#40).

IT IS SO ORDERED, this 13th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE