# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLARENCE ANDERSON**                                                            **PLAINTIFF**

**V.**                  **CASE NO. 3:16-CV-258-JM-BD**

**ALLISON YORK-HUCKABEE, et al.**                               **DEFENDANTS**

## ORDER

On April 13, 2017, the Court provided Mr. Anderson fourteen days to respond to the Medical Defendants' motion for summary judgment. (Docket entry #41) That order was returned to the Court marked "refused." (#42)

The Clerk of Court is directed to send another copy of that order to Mr. Anderson. The Clerk also is directed to provide a copy of this order to the Warden of the Pine Bluff Unit, 890 Free Line Drive, Pine Bluff, Arkansas 71603. If Mr. Anderson is no longer incarcerated at that Unit, the Warden (or another ADC official) is instructed to provide that information to the Court within fourteen days.

IT IS SO ORDERED, this 25th day of April, 2017.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE