IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLARENCE ANDERSON**                                                          **PLAINTIFF**

**V.**                  **CASE NO. 3:16-CV-258-BD**

**ALLISON YORK-HUCKABEE, et al.**                            **DEFENDANTS**

### ORDER OF DISMISSAL

Clarence Anderson, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Recently, Mr. Anderson's mail has been returned to the Court marked "undeliverable." (#45, #46) Mr. Anderson has failed to provide the Court a valid, updated address as required by this Court's Local Rules.

On May 31, 2017, the Court ordered Mr. Anderson to provide the Court a valid, updated address within thirty days. (#47) The Court specifically cautioned Mr. Anderson that his claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Anderson has not updated his address, as ordered.

Mr. Anderson's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's May 31, 2017 order and his failure to prosecute this lawsuit. The pending motion for summary judgment (#38) is DENIED, as moot.

IT IS SO ORDERED, this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE