IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLARENCE ANDERSON**                                               **PLAINTIFF**

**V.**                  **CASE NO. 3:16-CV-258-BD**

**ALLISON YORK-HUCKABEE, et al.**                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE